LAW OFFICES OF ELDON L. BOISSEAU, L.L.C.
River Park Place                                  Commerce Plaza
727 N. Waco, Suite 265                            7300 W. 110th, 7th Floor
Wichita, Kansas 67203                             Overland Park, KS 66210
316-613-2800  Fax:316-613-2801                    913-383-8124  Fax: 913-383-8125

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

K R SMITH TRUCKING LLC,            )
        Plaintiff,                 )
                                   )
vs.                                ) Case No:  Case No:  08-CV-01351 WEB-DWB
                                   )
PACCAR Inc., and                   )
PETERBILT MOTORS COMPANY,          )
a division of PACCAR Inc.,  and    )
WESTERN PETERBILT, INC.            )
                                   )
        Defendants.               )
                                   )

## FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff K R Smith Trucking LLC, by and thorough its attorney of record, Eldon L. Boisseau of The Law Offices of Eldon L. Boisseau, L.L.C. and for its First Amended Complaint alleges and states as follows:

### COUNT I

### JURISDICTION AND VENUE

1.    This is an action brought for damages arising from a fire which engulfed and thereby totally destroyed the plaintiff's 2005 Model 379 Peterbilt Truck (Serial Number 1XP5DB9X05D841577) on or about September 18, 2007 in Coffey County near Lebo, Kansas.

1

2.    Subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C. §1332(a) as this is an action wherein:

(a.)    The plaintiff is an interstate trucking business organized in the State of Oregon, and doing business as K R Smith Trucking LLC with a primary business address of 812 Sunny Glen Way, Sunny Valley, OR 94497 and its principal place of business in Sunny Valley, Oregon.

(b.)    The defendant PACCAR Inc. is a Delaware corporation in the business of manufacture and sale of trucks with headquarters at 777 106th NE, Bellevue, Washington, 98004. PACCAR Inc. is a parent corporation with various manufacturing divisions or subsidiaries in the United States. PACCAR Inc. produces trucks which are marketed under several brand names, including Peterbilt, a division of PACCAR Inc., manufactures heavy duty trucks in its plant in Denton, Texas. Service of process may be obtained through service to the defendant through its registered agent The Corporation Service Company at 6500 Harbour Heights Parkway, Suite 400, Mukilteo, Washington 98275.

(c.)    The defendant Peterbilt Motors Company is a wholly owned unincorporated subsidiary of PACCAR Inc. Peterbilt Motors Company is in the business of the manufacture and sale of medium and heavy duty trucks such as that purchased by Plaintiff and is a subsidiary corporation with its headquarters in and principal place of business in Denton, Texas. It may be served through its registered agent, The Corporation Service Company, at 6500 Harbour Heights Parkway, Suite 400, Mukilteo, Washington 98275.

(d.) The defendant Western Peterbilt, Inc is a tractor trailer dealer specifically dealing in the sale and maintenance of Peterbilt tractors and is a corporation with its headquarters and principle place of business at 3801 Airport Way South, Seattle, Washington.  It may be served through its registered agent, DWTR&J Corporation at 1201 3rd Avenue, Suite, 2200 Seattle, Washington, 98101.

(e.) The amount in controversy exceeds the sum of seventy-five thousand U.S. dollars ($75,000), exclusive of costs and interest.

3. Venue is proper in the United States District Court for the District of Kansas sitting in Wichita, Kansas, under 28 U.S.C. §1391(e) since the fire incident giving rise to this action occurred in Coffey County near Lebo, Kansas, and there is a diversity of citizenship of the plaintiff and defendants.

## COUNT II

### GENERAL ALLEGATIONS

4. Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 3 as if fully set forth herein.

5. In approximately 2004, for model release 2005, the defendant PACCAR Inc. by and through its division Peterbilt Motors Company (hereinafter referred to as PAC/Peterbilt) designed, manufactured, assembled and/or delivered into the stream of commerce a Truck known as the 2005 Model 379 Peterbilt Truck, Serial Number 1XP5DB9X05D841577 [hereinafter referenced as "Truck"].

6. On March 28, 2005, K R Smith Trucking LLC [hereinafter referred to as "Plaintiff"], purchased the Truck.  The Truck was purchased as a low mileage used vehicle from Western Peterbilt, Inc. in Spokane, Washington with about 42,000 miles on

3

it, and still within the timeframe where the defendant PACCAR Inc. or its division Peterbilt Motors Company would provide customer support to operators of the subject Truck, including access to service bulletins, manual revisions and website information and other like customer support services.

7. On September 18, 2007 the truck was being operated by owner K.R. Smith during normal and regular operating conditions on Highway I-35 when, without warning, the truck caught fire near Lebo, Kansas engulfing it in flames for which it was a complete and total loss. Fortunately, driver K. R. Smith escaped injury from the flames; however, the entire Truck was destroyed by the fire.

## COUNT III

### FIRST CAUSE OF ACTION
### VIOLATION OF WASHINGTON CONSUMER PROTECTION ACT

8. Plaintiff realleges and incorporates herein the allegations of paragraphs 1 through 7 as if fully set forth herein.

9. At all times material, Plaintiff was a "Person" within the meaning of and as defined by Title 19 RCW, et seq.

10. At all times material, Defendants Paccar, Peterbilt and Western Peterbilt, Inc. were each and every one of them a "Person" within the meaning of and as defined by Title 19 RCW, et seq.

11. At all times material, the purchase of the truck was contemplated by the terms "trade" and "commerce" as defined by Title 19 RCW, et seq.

12. Representations were made that the truck was fit for a particular purpose to wit: transportation of commercial goods in interstate and/or intrastate commerce;

13.     Such representations made in the conduct of such trade or business constitute unlawful, unfair or deceptive acts or practices as described by RCW § 19.86.020;

14.     Such misrepresentations described above were the proximate factual and legal cause of the injury to wit: the sudden and unexpected fire causing damage and complete loss to the vehicle and imperiling the citizens of the State of Washington and of the States of the United States, including Kansas.

15.     Such misrepresentations were made while knowing that there was a known defect in the engine which was the proximate cause of the fire described above.

WHEREFORE, Plaintiff prays for damages in the amount in excess of $75,000, for attorney fees and the costs of this action under RCWA § 19.86.090, for an increase in the award of actual damages in three times that amount and for such other relief as is just and proper.

## COUNT IV

### SECOND CAUSE OF ACTION
### BREACH OF IMPLIED WARRANTIES OF MERCHANTABILITY AND OF FITNESS FOR A PARTICULAR PURPOSE

16.     Plaintiff realleges and incorporates herein the allegations of paragraphs 1 through 15 as if fully set forth herein.

17.     Defendant PAC/Peterbilt and Western Peterbilt, Inc. knew or had reason to know of the particular purpose for which the truck was acquired pursuant to the Uniform Commercial Code codified in RCW Title 62A, et seq.

18.     Plaintiff relied upon Defendant's skill as manufacturer to furnish suitable goods to wit: a truck for over the road transportation of goods that would not spontaneously catch

5

on fire, a known hazard to Defendant, pursuant to Uniform Commercial Code codified in RCW Title 62A, et seq.

19.     Defendant PAC/Peterbilt and Western Peterbilt, Inc. knew or had reason to know from the usage of trade that the Truck would be used in over the road transportation pursuant to Uniform Commercial Code codified in RCW Title 62A, et seq.

20.     The defendants PACCAR Inc., Peterbilt Motors Company and Western Peterbilt, Inc. impliedly warranted the Truck when it was designed, manufactured, assembled and distributed was merchantable and fit for the particular purpose for which it was produced, sold and intended to be used, and that is as a Truck for over the road transport of goods in intrastate and/or interstate commerce.

21.     On September 18, 2007, the Truck as sold and delivered to the plaintiff by the defendants or their agents or dealers, breached the warranties on said truck.  The defendants breached those implied warranties inasmuch as the Truck was defective on the date of its sale or delivery by defendants, and was in the same defective condition at the time it was sold to the plaintiff, and at the time that the vehicle was properly and foreseeably being used while plaintiff was operating the Truck in said foreseeable and reasonable manner while transporting goods in interstate commerce.

22.     Although the plaintiff purchased the Truck with approximately 42,000 miles on it from Western Peterbilt, Inc. in Spokane, WA, the plaintiff reasonably expected to benefit from warranties which were extended to it by the defendants.

23.     As a direct, foreseeable and proximate result of defendants PACCAR Inc.'s, Peterbilt Motors Company's and Western Peterbilt, Inc.'s  breach of implied warranties, the leak occurred which ignited the Truck and caused it to burn as a result of catching on

fire causing loss and damage to the plaintiff in the form of property damage and other economic damages.

24. As a direct and proximate cause of the foregoing breach of warranties, the aforesaid Truck without indication or warning to its driver K.R. Smith, burst into flames near Lebo, Kansas while in operation as an over-the-road truck, and as designed and as sold to the plaintiff and its driver K.R. Smith, and as such, the defendant, its divisions or subsidiaries, or dealers under its exclusive control, breached warranties to the plaintiff.

25. As a result of the fire, the Truck was totally destroyed, and the plaintiff has suffered in excess of seventy-five thousand dollars in loss of the truck, costs and other expenses.

WHEREFORE, the plaintiff K R Smith Trucking LLC prays that judgment be entered in its favor and against the defendants in an amount in excess of seventy-five thousand dollars ($75,000) together with prejudgment interest, attorneys' fees and the cost of this action.

### COUNT V

### THIRD CAUSE OF ACTION
### BREACH OF EXPRESS WARRANTIES BY AFFIRMATION, PROMISE, DESCRIPTION OR SAMPLE

26. Plaintiff realleges and incorporates herein the allegations of paragraphs 1 through 25 as if fully set forth herein.

27. An express warranty was created and became the basis of the bargain by description and by affirmation of promise that the truck was free of known defects and other bases as set forth in RWCA 62A.2-313.

28.     Defendants breached this express warranty by presenting the truck as free from unreasonable risk of harm.

29.     Defendants continued to put into commerce a product that was unsafe to the extent beyond that which was contemplated by K R Smith, and ordinary consumer of this type of product.

WHEREFORE, the Plaintiff K R Smith Trucking LLC prays that judgment be entered in its favor and against the defendants in an amount in excess of seventy-five thousand dollars ($75,000) together with prejudgment interest, attorneys' fees and the cost of this action.

## COUNT VI

### FOURTH CAUSE OF ACTION
### STRICT LIABILITY

29.     Plaintiff realleges and incorporates herein the allegations of paragraphs 1 through 29 as if fully set forth herein.

30.     Defendant is a "product seller" and/or a manufacturer engaged in the business of selling products, whether the sale was for resale or for use or consumption under the definition of Washington Code § 7.72.010, et seq.

31.     On September 18, 2007 the subject Truck was being operated and used for the purpose and in the manner for which it was designed, manufactured, assembled, inspected, tested, sold and intended to be used, and in a manner reasonably foreseeable to the defendant PACCAR Inc. and its division Peterbilt Motors Company and to Western Peterbilt, Inc. without substantial change from its original condition when it was sold by Western Peterbilt of Spokane to the plaintiff as a low mileage Truck capable of pulling trailer loads for over-the-road trucking businesses. The subject Truck was defective, not

fit for its intended purpose and unreasonably dangerous by reason of defective design, manufacture, assembly, inspection, testing, warning, instruction, sale, service, repair and/or maintenance on the part of the Defendants or others under its direction and/or control.

32. Defendants continued to put into commerce a product that was unsafe to the extent beyond that which was contemplated by K R Smith, and ordinary consumer of this type of product.

33. At the time the product left the sellers' hands, the Defendants knew, or should have known of the potential of a fire hazard present in the 2005 Peterbilt 379, and should have taken action to warn, recall, retrofit or otherwise protect the consuming public including the plaintiff and its driver K.R. Smith from the defective conditions which could and did cause the fire alleged herein.

34. Defendants were negligent in that the Plaintiff's harm was proximately caused by the unsafe design and inadequate warning and/or instructions in violation of Washington Code § 7.72.010, et seq.

35. Plaintiff's harm was proximately caused by the fact that the product was not reasonably safe in construction in violation of Washington Code § 7.72.010, et seq.

36. Plaintiff's harm was proximately caused by the fact that the product was not reasonably safe because it did not conform to the manufacturer's express warranty or to the implied warranties under Title 62a RCW in violation of Washington Code § 7.72.010, et seq.

37. As a direct and proximate result of one or more of the foregoing defective and unreasonably dangerous conditions, including its failure to warn of possible fire hazards

of the subject truck, it burst into flames which completely destroyed it at or near Lebo, Kansas.

38. As a result of the defective condition of the truck, the plaintiff has suffered damages in excess of seventy-five thousand dollars.

WHEREFORE, the plaintiff K R Smith Trucking LLC prays that judgment be entered in its favor and against the defendants PACCAR Inc. and Peterbilt Motors Company and Western Peterbilt, Inc. in the sum in excess of seventy-five thousand dollars, prejudgment interest, attorneys' fees and the cost of this action.

LAW OFFICES OF ELDON L. BOISSEAU, L.L.C.

By:      s/Eldon L. Boisseau
Eldon L. Boisseau, SC #08022
Attorney for Plaintiff K R Smith Trucking LLC
River Park Place
727 N. Waco, Ste. 265
Wichita, KS  67203
(316) 613-2800 Telephone
(316) 613-2801 Facsimile
Email:  Eldon@boisseau.com

### DEMAND FOR JURY TRIAL

The plaintiff hereby makes this its demand for trial by jury.

### DESIGNATION OF PLACE OF TRIAL

The plaintiff designates Wichita, Kansas as place of trial in this matter.

10

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 10th day of December, 2008, the above and foregoing was electronically filed with the United States District Court and counsel of record:

HINKLE ELKOURI LAW FIRM, LLC
Kenneth R. Lang
Amy M. Decker
Matthew K. Holcomb
8621 E. 21st St. N., Suite 200
Wichita, Kansas  67206-2991
Tel:  (316) 660-6510
Fax: (316) 660-6610
klang@hinklaw.com
adecker@hinklaw.com
mholcomb@hinklaw.com
*Attorneys for Defendant*

LAW OFFICES OF ELDON L. BOISSEAU, L.L.C.


By_____s/ Eldon L. Boisseau_____
Eldon L. Boisseau, SC #08022
*Attorney for Plaintiff*
River Park Place
727 N. Waco, Ste. 265
Wichita, KS  67203
 (316) 613-2800 Telephone
 (316) 613-2801 Facsimile
Email:  Eldon@boisseau.com