

# Western Pacific Leasing, Inc.
P.O. Box 24065
Seattle, WA 98124
(206) 624-7383
915-1291



## SALES INVOICE

March 28, 2005

KENNETH RAY SMITH, LSE
SHARI A. FOESTE, LSE            *Salesman:* RON C.
812 SUNNY GLEN WAY
SUNNY VALLEY    OR   97497-0000

| | |
|---|---:|
| 2005 PETERBILT    379      TRACTOR      915-1291 | |
| Serial Number: 1XP5DB9X05D841577 | $114,620.00 |
| Engine Serial Number: SBXS23887 | |
| Serial Number: | |
| Serial Number: | |
| LIENHOLDER: PLC | |
| Federal Excise Tax: EXEMPT - USED VEHICLE | 0.00 |
| Sales Tax Locale: OREGON RESIDENT | 0.00 |
| **TOTAL PRICE** | **$114,620.00** |
| Deposit | |
| Trade-In Unit Number: UT: 4792 | 38,500.00 |
| Trade-In Lien Payoff: | |
| **TOTAL DUE** | **$76,120.00** |

Acceptance: _[signature]_

EXHIBIT A