IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

K.R. SMITH TRUCKING, LLC,
    Plaintiff,

v.

PACCAR, INC., and PETERBILT MOTORS COMPANY,
a division of PACCAR, INC.,
and WESTERN PETERBILT, INC.
    Defendants.

Case No.  08-cv-01351-WEB-DWB

## DEFENDANT WESTERN PETERBILT, INC.'S ANSWER

  COMES NOW Defendant, Western Peterbilt, Inc., ("Western") by and through its counsel of record, Patrick J. Murphy of Wallace, Saunders, Austin, Brown & Enochs, Chartered in Wichita, Kansas and for its Answer to Plaintiff's First Amended Complaint alleges and states as follows:

  1. With regard to Paragraph 1,  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations, but believes them to be true.

  2. With regard to Paragraph 2, Defendant admits that subject matter jurisdiction is proper if the amount in controversy exceeds $75,000.00; it lacks knowledge or information sufficient to form a belief about the truth of that allegation.

  3. With regard to Paragraphs 2a, 2b, and 2c, defendant, lacks knowledge or information sufficient to form a belief about the truth of the allegations, but believes them to be true.

  4. With regard to Paragraph 2d, Defendant admits that allegations.

  5. With regard to Paragraph 2e, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

6. With regard to Paragraph 3, Defendant admits that venue appears to be proper if the facts of the case prove that a fire occurred in Coffey County, Kansas.

7. With regard to Paragraph 4, Defendant incorporates its responses to paragraphs 1 through 3 as if fully set forth herein.

8. Defendant admits the allegations in Paragraphs 5 and 6.

9. With regard to Paragraph 7, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

10. With regard to Paragraph 8, Defendant incorporates its responses to Paragraphs 1 through 7 as if fully set forth herein.

11. With regard to Paragraphs 9, 10, 11, 12, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

12. Defendant denies the allegations in Paragraphs 13, 14, 15, 27, 28, and the first 29.

13. Defendant denies Plaintiff's prayer in Count III of the Complaint.

14. With regard to Paragraph 16, Defendant incorporates its responses to Paragraphs 1 through 15 as if fully set forth herein.

15. With regard to Paragraphs 17 through 25 and the prayer of Plaintiff's complaint in Count IV, Defendant refers to and incorporates the Court's Order dismissing this count and thus no response is required by this Defendant.

16. With regard to Paragraph 26, Defendant incorporates its responses to Paragraphs 1 through 25 as if fully set forth herein.

17. Defendant denies Plaintiff's prayer in Count V of the Complaint.

18. With regard to the second Paragraph 29, Defendant incorporates its response to Paragraphs 1 through 29 as if fully set forth herein.

19. With regard to Paragraphs 30 through 38 and the prayer of Plaintiff's complaint in Count VI, Defendant refers to and incorporates the Court's Order dismissing this count and thus no response is required by this Defendant.

20. For its other and further answer and defenses this defendant alleges and states that any injuries, injurious consequences or resultant damages, if any, were caused or contributed to be caused by the negligence or other fault of plaintiff or others over whom this defendant had no control and for which this defendant bears no imputed responsibility, thereby barring or diminishing plaintiff's pretended right of recovery as against this defendant, pursuant to K.S.A. 60-258a.

21. For its other and further answer and defenses this defendant alleges and states that plaintiff's damages, if any, are not of the nature and extent as alleged.

22. Defendant asserts the following defenses: statute of frauds, waiver, and any other matter constituting an avoidance or affirmative defense.

23. Defendant reserves the right to amend, supplement or modify its answer as warranted by ongoing investigation and discovery.

24. Defendant denies each and every allegation not specifically admitted.

WHEREFORE, Defendant prays that it go hence with its costs incurred herein, that plaintiff take naught by its pretended cause of action against this defendant, and for such other and further relief as the court deems just and equitable.

                                           Respectfully Submitted,

                                           *s/ Patrick J. Murphy*
                                           Patrick J. Murphy, #16034
                                           *Attorney for Defendant Western Peterbilt, Inc.*
                                           WALLACE, SAUNDERS, AUSTIN,
                                              BROWN & ENOCHS, Chartered
                                           400 O.W. Garvey Center, 200 W. Douglas
                                           Wichita, Kansas 67202
                                           Telephone:  (316) 269-2100
                                           Facsimile:  (316) 269-2479
                                           Email:  pmurphy@wsabe.com

## DEMAND FOR TRIAL BY JURY

      COMES NOW, the defendant, Western Peterbilt, Inc. by and through Patrick J. Murphy of Wallace, Saunders, Austin, Brown & Enochs, Chartered, and hereby demands a trial by jury on all issues in the above-captioned matter.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this **6th** day of **November, 2009**, the foregoing **Defendant, Western Peterbilt, Inc.'s, Answer** was electronically filed with the U.S. District Court by using the CM/ECF system which will send a notice of filing to the following:

Eldon L. Boisseau
*Attorney for Plaintiff*
Law Offices of Eldon L. Boisseau
River Park Place
727 N. Waco, Ste. 265
Wichita, KS  67203
Phone: (316) 613-2800
Fax: (316) 613-2801
E-mail: eldon@boisseau.com

Amy M. Decker
Kenneth R. Lang
*Attorneys for Defendants*
*PACCAR, Inc. and Peterbilt Motors Company*
Hinkle Elkouri Law Firm LLC
8621 E. 21st St. North, Ste. 200
Wichita, KS  67206-2991
Phone: (316) 660-6510
Fax: (316) 660-6610
E-mail: adecker@hinklaw.com
E-mail: klang@hinklaw.com

Matthew K. Holcomb
*Attorneys for Defendants*
*PACCAR, Inc. and Peterbilt Motors Company*
Hinkle Elkouri Law Firm LLC
301 N. Main St.
2000 Epic Center
Wichita, KS  67202
Phone: (316) 631-3162
Fax: (316) 630-8375
E-mail: mholcomb@hinklaw.com

    _s/ Patrick J. Murphy_____
    Patrick J. Murphy, SCt. #16034
    *Attorney for Defendant Darling International, Inc.*