IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| K.R. SMITH TRUCKING, LLC,<br>                Plaintiff,<br>v.<br><br>PACCAR, INC., and PETERBILT MOTORS COMPANY,<br>a division of PACCAR, INC.,<br>and WESTERN PETERBILT, INC.<br>                Defendants. | Case No.  08-cv-01351-WEB-DWB |

**DEFENDANT WESTERN PETERBILT, INC.'S
NOTICE OF SERVICE OF ANSWERS TO DISCOVERY**

COMES NOW Defendant, Western Peterbilt, Inc., by and through its counsel of record, Patrick Murphy of Wallace, Saunders, Austin, Brown & Enochs Chartered, and notifies the Court that the following was served on the 18th day of January, 2010, by U.S. Mail, upon counsel for plaintiff and a copy served upon counsel for co-defendants.

    1.    Defendant, Western Peterbilt, Inc.'s Answers to Interrogatories.

                                      Respectfully Submitted,

                                       *s/ Patrick J. Murphy*
                                       Patrick J. Murphy, #16034
                                       *Attorney for Defendant Western Peterbilt, Inc.*
                                       WALLACE, SAUNDERS, AUSTIN,
                                          BROWN & ENOCHS, Chartered
                                       400 O.W. Garvey Center, 200 W. Douglas
                                       Wichita, Kansas 67202
                                       Telephone:  (316) 269-2100
                                       Facsimile:  (316) 269-2479
                                       Email:  pmurphy@wsabe.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this **18th** day of **January, 2010**, the foregoing **Defendant, Western Peterbilt, Inc.'s, Notice of Service of Answers to Discovery** was electronically filed with the U.S. District Court by using the CM/ECF system which will send a notice of filing to the following:

Eldon L. Boisseau
*Attorney for Plaintiff*
Law Offices of Eldon L. Boisseau
River Park Place
727 N. Waco, Ste. 265
Wichita, KS  67203
Phone: (316) 613-2800
Fax: (316) 613-2801
E-mail: eldon@boisseau.com

Amy M. Decker
Kenneth R. Lang
*Attorneys for Defendants*
*PACCAR, Inc. and Peterbilt Motors Company*
Hinkle Elkouri Law Firm LLC
8621 E. 21st St. North, Ste. 200
Wichita, KS  67206-2991
Phone: (316) 660-6510
Fax: (316) 660-6610
E-mail: adecker@hinklaw.com
E-mail: klang@hinklaw.com

Matthew K. Holcomb
*Attorneys for Defendants*
*PACCAR, Inc. and Peterbilt Motors Company*
Hinkle Elkouri Law Firm LLC
301 N. Main St.
2000 Epic Center
Wichita, KS  67202
Phone: (316) 631-3162
Fax: (316) 630-8375
E-mail: mholcomb@hinklaw.com

3

                    *s/ Patrick J. Murphy*
Patrick J. Murphy, SCt. #16034
*Attorney for Defendant Western Peterbilt, Inc.*
WALLACE, SAUNDERS, AUSTIN,
  BROWN & ENOCHS, Chartered
400 O.W. Garvey Center, 200 W. Douglas
Wichita, Kansas 67202
Telephone:  (316) 269-2100
Facsimile:  (316) 269-2479
Email:  pmurphy@wsabe.com