LAW OFFICES OF

# BRYSON E. MILLS

1359 SOUTH BROADWAY

(316) 263-8251                  WICHITA, KANSAS  67211                  FAX (316) 263-2064

**FILED**
U.S. District Court
District of Kansas

February 22, 2010

FEB 2 4 2010

Clerk, U.S. District Court
By _____ Deputy Clerk

Honorable Wesley E. Brown
U.S. District Court Judge
Room 414, U.S. Courthouse
401 North Market
Wichita, Kansas 67202

Re:  Mediation – *K R Smith Truckin, LLC v. PACCAR, INC., et al.*
            *Case No. 08-1351-WEB*

Dear Judge Brown:

On February 22, 2010 I convened a settlement conference in the above action.  The parties were unable to reach a settlement agreement.

Very truly yours,

Bryson E. Mills

BEM:ddg

cc:
Eldon Boisseau
Amy Decker
Patrick Murphy
Honorable Donald Bostwick