IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| K R SMITH TRUCKING LLC, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>PACCAR Inc and PETERBILT MOTORS )<br>COMPANY, a division of PACCAR, Inc, )<br>and Western Peterbilt, Inc., )<br>)<br>Defendants. ) | Case No. 8-CV-01351-WEB-DWB |

**MEMORANDUM IN SUPPORT OF JOINT AGREED MOTION TO EXTEND
DEFENDANTS' EXPERT DISCLOSURE DEADLINE**

COME NOW the Parties, and pursuant to D. Kan. Rule 6.1(a) and D. Kan. Rule 7.1(a) file their Memorandum in Support of Joint Agreed Motion to Extend Defendants' Expert Disclosure Deadline (hereinafter "Parties' Memorandum"). In support of the Parties' Joint Agreed Motion to Extend Defendants' Expert Disclosure Deadline (filed concurrently herein and hereinafter "Parties' Motion"), the Parties state as follows:

1. Counsel for all Parties have agreed to extend Defendants' expert disclosure deadlines to May 24, 2010.

2. Defendants' expert disclosure deadline is currently scheduled for April 30, 2010, pursuant to this Court's Scheduling Order, so the time originally prescribed for the act has not yet expired.

3. No prior extensions to Defendants' expert disclosure deadline have been granted.

4. A joint inspection of the incident truck is currently scheduled for May 10, 2010. The Parties experienced difficulty coordinating the schedules of all inspection attendees and were not able to schedule the inspection until after the date for Defendants' expert disclosure deadline. Because the product inspection is scheduled to occur after Defendants' expert disclosure

deadline, the Parties file this Joint Agreed Motion seeking an extension of time for Defendants to submit their expert disclosures. Accordingly, the Parties request that Defendants' expert disclosure deadlines be extended until May 24, 2010.

WHEREFORE, for all the above reasons, the Parties request that this Court grant the Parties' Motion, extending Defendants' expert disclosure deadline to May 24, 2010.

Dated: April 29, 2010.

Respectfully submitted,

HINKLE ELKOURI LAW FIRM L.L.C.

By:   s/ Amy M. Decker
   Kenneth R. Lang (13060)
   Amy M. Decker (18739)
   Matthew K. Holcomb (23140)
   8621 E. 21st Street North, Suite 200
   Wichita, Kansas 67206-2991
   Ph: (316) 631-3125
   Fax: (316) 630-8375
   klang@hinklaw.com
   adecker@hinklaw.com
   mholcomb@hinklaw.com
   *Attorneys for Defendants PACCAR Inc and Peterbilt Motors Company*

LAW OFFICES OF ELDON L. BOISSEAU, L.L.C.

By   s/ Eldon L. Boisseau
   Eldon L. Boisseau
   River Park Place
   727 N. Waco, Suite 265
   Wichita, Kansas 67203
   Ph: (316) 613-2800
   Fax: (316) 613-2801
   Eldon@boisseau.com
   *Attorneys for Plaintiff*

          WALLACE, SAUNDERS, AUSTIN, BROWN & ENOCHS, CHARTERED

By  s/ Patrick Murphy
    Patrick Murphy
    400 O.W. Garvey Center
    200 W. Douglas
    Wichita, Kansas 67202
    Ph: (316) 269-2100
    Fax: (316) 269-2479
    pmurphy@wsabe.com
    *Attorneys for Defendant Western Peterbilt, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Eldon L. Boisseau, Law Offices of Eldon L. Boisseau, L.L.C., River Park Place, 727 N. Waco, Suite 265, Wichita, Kansas  67203 and Patrick Murphy, Wallace, Saunders, Austin, Brown & Enochs, Chartered, 400 O.W. Garvey Center, 200 W. Douglas, Wichita, Kansas 67202.

By:   s/ Amy M. Decker
    Kenneth R. Lang (13060)
    Amy M. Decker (18739)
    Matthew K. Holcomb (23140)
    HINKLE ELKOURI LAW FIRM L.L.C.
    8621 E. 21st Street North, Suite 200
    Wichita, Kansas 67206-2991
    Ph: (316) 631-3125
    Fax: (316) 630-8375
    klang@hinklaw.com
    adecker@hinklaw.com
    mholcomb@hinklaw.com

513061