LAW OFFICES OF ELDON L. BOISSEAU, L.L.C.
727 N. Waco, Suite 265
Wichita, Kansas 67203
Phone: 316-613-2800      Fax: 316-613-2801

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| K R SMITH TRUCKING LLC, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 08-cv-01351 WEB-DWB |
| ) | |
| PACCAR INC., and ) | |
| PETERBILT MOTORS COMPANY, ) | |
| a division of PACCAR INC., and ) | |
| WESTERN PETERBILT, INC., ) | |
| Defendants. ) | |
| _____) | |

PLEASE TAKE NOTICE that plaintiff K R Smith Trucking LLC will take the deposition of the following deponent before a certified court reporter on the date and at the time set forth below.

| Name | Date/Place | Time |
|---|---|---|
| Lawrence Berg, P.E. | October 15, 2010 | 10:00 A.M. |
| | Wallace, Saunders, Austin, | |
| | Brown & Enochs | |
| | 400 O.W. Garvey Bldg, 200 W. Douglas | |
| | Wichita, KS 67202 | |

And to bring any and all records which comprise deponent's entire file on the above referenced matter including reports, draft reports, notes, photographs, correspondence and any other materials consulted, produced, or received.

Respectfully submitted,



River Park Place
727 N. Waco, Ste. 265
Wichita, KS  67203
T:316-613-2800  F:316-613-2801

LAW OFFICES OF ELDON L. BOISSEAU, L.L.C.


By: _____s/Eldon L. Boisseau_____
Eldon L. Boisseau, SC #08022
Attorney for Plaintiff
River Park Place
727 N. Waco, Ste. 265
Wichita, KS  67203
 (316) 613-2800 Telephone
 (316) 613-2801 Facsimile
Email:  Eldon@boisseau.com


CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of September, 2010, the above and foregoing electronically filed with the Court and copies to counsel of record:

Patrick J. Murphy
Wallace, Saunders, Austin, Brown & Enochs, Chartered
400 O.W. Garvey Building, 200 W. Douglas
Wichita, KS 67202
Attorney for Western Peterbilt, Inc

Amy M. Decker
Hinkle Elkouri Law Firm L.L.C.,
8621 E. 21st Street, North, Suite 200
Wichita, Kansas 67206-2991
-and-
Matthew K. Holcomb
Hinkle Elkouri Law Firm L.L.C.
8621 E. 21st Street, North, Suite 200
Wichita, Kansas 67206-2991
Attorney for PACCAR Inc and Peterbilt Motors Company.

ELB
Law Offices of Eldon L. Boisseau, L.L.C.
River Park Place
727 N. Waco, Ste. 265
Wichita, KS  67203
T:316-613-2800  F:316-613-2801

LAW OFFICES OF ELDON L. BOISSEAU, L.L.C.


By:            s/Eldon L. Boisseau
Eldon L. Boisseau, SC #08022
Attorney for Plaintiff
River Park Place
727 N. Waco, Ste. 265
Wichita, KS  67203
 (316) 613-2800 Telephone
 (316) 613-2801 Facsimile
Email:  Eldon@boisseau.com