

## Western Pacific Leasing, Inc.
P.O. Box 24065
Seattle, WA 98124
(206) 624-7383
915-1291



## SALES INVOICE

### March 28, 2005

KENNETH RAY SMITH, LSE
SHARI A. FOESTE, LSE                     *Salesman:* RON C.
812 SUNNY GLEN WAY
SUNNY VALLEY            OR   97497-0000

| | | | |
|---|---|---|---|
| 2005 PETERBILT   379 | TRACTOR | 915-1291 | |
| Serial Number: 1XP5DB9X05D841577 | | | $114,620.00 |
| Engine Serial Number: SBXS23887 | | | |

Serial Number:

Serial Number:

LIENHOLDER: PLC

| | |
|---|---|
| Federal Excise Tax:  EXEMPT - USED VEHICLE | 0.00 |
| Sales Tax Locale:  OREGON RESIDENT | 0.00 |
| **TOTAL PRICE** | **$114,620.00** |

Deposit

Trade-In Unit Number: UT: 4792                                       38,500.00

Trade-In Lien Payoff:

**EXHIBIT A**

**TOTAL DUE**                                                              **$76,120.00**

Acceptance: _[signature]_

PB-0003
K R SMITH TRUCKING LLC
v. PACCAR Inc et al.