Smith, Kenneth R. 1/27/2010 12:21:00 PM

1        UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF KANSAS
2
3
       K.R. SMITH TRUCKING L.L.C.,    )
4                                     )
                                      )
5              Plaintiff,             )
                                      )
6                                     )
       vs.                  )Case No.
7                           )8-CV-01351-WEB-DWB
                                      )
8      PACCAR Inc, and PETERBILT      )
       MOTORS COMPANY, a division of  )
9      PACCAR Inc, and WESTERN        )
       PETERBILT, INC.,               )
10                                    )
                                      )
11             Defendants.            )
                                      )
12
13
14
15              D E P O S I T I O N
16       The deposition of KENNETH R. SMITH taken on behalf
17   of the Defendants, Paccar Inc and Peterbilt Motors,
18   pursuant to the Federal Rules of Civil Procedure before:
19           VESTA L. YORK, CSR, CRR
             KELLEY, YORK & ASSOCIATES, LTD.
20           Suite 220, 200 North Broadway
             Wichita, KS  67202
21
22   a Certified Shorthand Reporter of Kansas, at Suite 265,
23   727 North Waco, Wichita, Sedgwick County, Kansas, on the
24
25   27th day of January, 2010, at 9:11 a.m.


EXHIBIT B

Smith, Kenneth R. 1/27/2010 12:21:00 PM

1 walk around a lot and look at trucks or cars.

2 It's the same thing. You just look around,

3 see what catches your eye, and that caught my

4 eye because, like I said, I like the pearl

5 black. There was a yellow 379X that caught

6 my eye, but I didn't have $130,000 to spend.

7 Q. Was the yellow truck new or was it used?

8 A. New.

9 Q. Were there questions that you asked Ron or

10 did he tell you things about the truck? How

11 did you find out about the particular

12 characteristics of this truck?

13 A. He told me that that truck had been pulling

14 for Boeing Aircraft, and knowing Boeing

15 Aircraft, it pulled light loads. They were

16 not very heavy at all. That truck had low

17 mileage on it. It was leased to Boeing

18 Aircraft and it was a return. They were

19 finished with it.

20 Q. Do you recall approximately how many miles it

21 had on it?

22 A. No. It was a low mileage truck, I remember

23 that.

24      MR. BOISSEAU: You better tell

25 her what you mean by low mileage. Give her

Smith, Kenneth R. 1/27/2010 12:21:00 PM

1     reached the agreement to purchase the truck?

2   A. We started transferring items off of it. We

3     had to clean my old truck out. We had to put

4     all of my clothes and computers and all of

5     that stuff in the new truck while they were

6     working on it.

7   Q. During the process of negotiating the price

8     for the truck, did you at any time talk to

9     anyone from Peterbilt?

10  A. No. You mean the factory?

11  Q. Yes.

12  A. No.

13  Q. What about PACCAR, did you ever talk to

14     anyone from PACCAR when you were --

15  A. No.

16  Q. -- negotiating the deal?

17  A. No.

18  Q. I'm going to ask you, prior to purchasing the

19     truck, did you have any communications with

20     Peterbilt?

21  A. PACCAR you mean? You mean the factory? No.

22  Q. Peterbilt.

23  A. No.

24  Q. Okay. And the same question for PACCAR?

25  A. No.

Smith, Kenneth R.  1/27/2010  12:21:00 PM

1   Q.  Do you understand the relationship between

2       PACCAR and Peterbilt?

3   A.  PACCAR builds train engines.

4   Q.  Okay.

5   A.  And trucks.

6   Q.  So it's your understanding, or you can tell

7       me if I'm wrong, but is it your understanding

8       that Peterbilt is a company of PACCAR?

9   A.  Yes.

10  Q.  Okay.

11  A.  And Kenworth.

12  Q.  What about after you purchased the truck, did

13      you have any communications with Peterbilt?

14  A.  No.

15  Q.  What about PACCAR, after you purchased the

16      truck, did you have any communications with

17      PACCAR?

18  A.  No.

19  Q.  Did you, in your negotiations buying this

20      truck, did you ever discuss what type of

21      warranty might come with the truck?

22  A.  No.  Normally, you have a 100,000 mile

23      warranty approximately from one bumper to the

24      other.  The engines usually have about

25      500,000 mile warranty.  The rear ends have

Smith, Kenneth R. 1/27/2010 12:21:00 PM

1  responses -- actually, I'm just going to have
2  Vesta mark these so you don't have to keep
3  guessing what I'm reading from here.
4  (Deposition Exhibit No. 7 was marked
5  for identification.)
6  Q. Ken, I'm going to hand you what's been marked
7  as Exhibit No. 7. It's interrogatory
8  responses, and I would like for you just to
9  look over them and then I want to know if
10 you've seen them before.
11 A. Yeah, I've seen this.
12 Q. In fact, did you provide some of the
13 information to your attorney?
14 A. I did.
15 Q. Okay. I just want to ask you, there's some
16 mention in the interrogatory answers about
17 advertising. Can you tell me what
18 advertising you were referring to?
19 A. What are we talking about, what page?
20 Q. For instance, on Page 5, where it
21 starts, "Neither in Peterbilt advertising nor
22 in representations by the dealer." Can you
23 tell me what advertising you're talking
24 about?
25 A. Any advertising. They've never said a truck

Smith, Kenneth R. 1/27/2010 12:21:00 PM

1     will catch on fire. I look at trucking

2     magazines all the time and usually they have

3     a Peterbilt on the front or back of it,

4     normally. No, anything I've ever seen about

5     Peterbilt has never stated that the truck may

6     catch on fire.

7   Q. And when you say there's either a Peterbilt

8     on the front or on the back, is it an actual

9     Peterbilt advertisement or is it some other

10     entity's advertisement that they've stuck a

11     Peterbilt truck in?

12   A. No, it's Peterbilts, and it's usually a 379

13     at that time.

14   Q. Can you tell me what trucking magazines you

15     read?

16   A. Oh, man. OOIDA. Oh, shoot. That's the only

17     one I can think of right now.

18   Q. You said it's a Peterbilt advertisement. Are

19     there any advertisements that are PACCAR

20     advertisements that you've seen?

21   A. It says Peterbilt as part of PACCAR. Yes, it

22     says PACCAR on it.

23   Q. And when do you see these advertisements?

24   A. I get a monthly magazine from OOIDA. And I

25     think they're doing a new model on it. I

1       don't know what it is.

2    Q. And did you get this magazine at the time you

3       would have purchased this truck?

4    A. Yes.

5    Q. And when you purchased this truck, I believe

6       it was in March of 2005; is that correct?

7    A. Right.  March 28th.

8    Q. Do you remember specifically what the

9       advertisements say?

10   A. On this truck?

11   Q. The Peterbilt advertisements, yes.

12   A. No, this truck -- I didn't look at this truck

13      advertised.

14   Q. Okay.  So you don't know what Peterbilt had

15      represented as far as this truck in an

16      advertisement?

17   A. They didn't advertise that truck in an

18      advertisement that I know of.

19   Q. And "that truck" meaning the specific truck?

20   A. Right.

21   Q. What about the model of truck?

22   A. Okay.  I don't understand your question.

23   Q. I think you said it was a 379?

24   A. Correct.

25   Q. Had you seen advertisements for 379?

1   A. Oh, yeah.

2   Q. Prior to your purchase of the truck?

3   A. Oh, yeah.

4   Q. And what did those advertisements say, do you
5   recall?

6   A. It's the class of trucks. You know like
7   buying a Cadillac or a Lincoln, it's the
8   Cadillac of the trucking industry, that type
9   of advertisement. It doesn't use the word
10   Cadillac, but that's what it means.

11   Q. You don't specifically recall what the
12   particular wording of the advertisement was?

13   A. Oh, no. No. No way.

14   Q. Were there any particulars given to you at
15   the time of purchase or prior to the time of
16   purchase from Peterbilt that would have had
17   an advertisement in them, other than your
18   trucking magazine that you said that you saw?

19   A. No. I've only owned -- I won't own anything
20   but a Peterbilt, so I don't even look. I
21   don't look at their advertisements other than
22   "that's a good looking truck."

23   Q. And what about any other means of
24   advertisements other than the magazines?

25   A. No. That's the only thing I've seen.

1   Q.  Okay.

2   A.  You'll see a billboard on a highway

3       occasionally.

4   Q.  And at the time you said that you were

5       working for Gordon --

6   A.  Uh-huh.

7   Q.  -- at the time you purchased this truck,

8       correct?

9   A.  Right.

10  Q.  Did Gordon have any interest in this truck?

11  A.  No.

12  Q.  Did any other person drive this particular

13      truck?

14  A.  After I purchased it?

15  Q.  Right.

16  A.  No.

17  Q.  Were you provided an owner's manual at the

18      time of purchase?

19  A.  There's a small one, I believe, was in the

20      glove box.  And I did -- yeah, that's what

21      was in there, was in the glove box.

22  Q.  Do you still have that --

23  A.  No.

24  Q.  -- or was it burned in the fire?

25  A.  There was nothing in that truck left.

Smith, Kenneth R. 1/27/2010 12:21:00 PM

1   Q. Can you go ahead and try to highlight the

2       circle that you drew? The blue is not

3       showing up very good. I think it was right

4       there (indicating).

5   A. I'm not an artist, but I think it's in

6       approximately that area there (indicating).

7   Q. Okay. Which is shown by the highlighted

8       circle within the larger circle --

9   A. Right.

10  Q. -- where the flames were?

11      Is it your contention that Peterbilt

12      knew about other engines catching on fire

13      like this?

14  A. Yes.

15  Q. And what's the basis of your contention?

16          THE WITNESS: Time for a break?

17  Q. You can't take a break when there's a

18      question pending.

19          MR. BOISSEAU: No, you've got to

20      answer her question.

21          THE WITNESS: Okay.

22  A. The tow truck driver, Robert, when he showed

23      up, he told me, "I know exactly what happened

24      because I've repaired these before. They've

25      caught on fire." That's when he described to

Smith, Kenneth R. 1/27/2010 12:21:00 PM

| | |
|---|---|
| 1 | me what happened, and it's a continuing |
| 2 | problem with PACCAR, Peterbilt. He's still |
| 3 | replacing these fuel lines. And I've talked |
| 4 | to other mechanics at Peterbilt dealerships |
| 5 | and they won't discuss it because they know |
| 6 | they have a problem. Peterbilt knows they |
| 7 | have a problem. |
| 8 | Q. But yet you bought another Peterbilt truck? |
| 9 | A. I did. And the first thing I did was replace |
| 10 | that fuel line before it ever left the shop. |
| 11 | Q. Robert was the tow truck driver from Beto -- |
| 12 | A. Lebo Towing. |
| 13 | Q. Lebo Towing? |
| 14 | A. At Beto Junction. He's the truck driver and |
| 15 | owner and mechanic. He's been doing this a |
| 16 | lot of years. |
| 17 | Q. Okay. Let's go back to the interrogatory |
| 18 | answers. I'll have you take a look at those. |
| 19 | Specifically on your answer to No. 17 where |
| 20 | he's asking about your damages and you've |
| 21 | provided a list of things. It's my |
| 22 | understanding that the insurance company paid |
| 23 | for the value of the truck, correct? |
| 24 | A. The insurance company did, yes. |
| 25 | Q. Okay. So these items are out of packet |

1   A. They replaced it, moved it out of the wiring

2       harness so this can't happen again.

3   Q. Okay. And the gentleman that was the tow

4       person, Robert --

5   A. Robert.

6   Q. -- was his name -- did he actually inspect

7       the truck at the time that he told you "I

8       know exactly what happened"?

9   A. No.

10  Q. And do you know if he ever inspected the

11      truck?

12  A. No.

13  Q. Do you know how long the truck was at

14      Robert's tow yard before it was moved to some

15      other location?

16  A. No, I don't.

17  Q. And it was moved to another location,

18      correct?

19  A. Yes.

20  Q. Did your wife have any contact with

21      Peterbilt --

22  A. No.

23  Q. -- through this process? Did she have any

24      contact with PACCAR through this process?

25  A. No.

I have read or have had read to me the foregoing testimony recorded on pages 5 to 124, inclusive, and the same is true and correct to my knowledge and belief.

_____   3 March 2010
KENNETH R. SMITH            (Date)

STATE OF Oregon )
Josephine COUNTY ) ss:

Subscribed and sworn to before me, the undersigned authority, this, the 3rd day of March, 2010.

_____
Notary Public

4/26/13
(Commission Expires)

OFFICIAL SEAL
TAMRA A HOLLINGSWORTH
NOTARY PUBLIC - OREGON
COMMISSION NO. 438757
MY COMMISSION EXPIRES APRIL 26, 2013

SMITH vs. PACCAR, et al.