

# HENDERSON ENGINEERS INC

**PREPARED FOR**

Law Offices of Eldon L. Boisseau, L.L.C.
River Park Place
727 N. Waco, Suite 265
Wichita, Kansas 67203

Mr. Eldon L. Boisseau

**PRIVILEGED AND CONFIDENTIAL**

Engineering Report Number One
April 6, 2010

---

| | |
|---|---|
| **RE:** | K.R. Smith Trucking |
| | 812 Sunnyglen Way |
| | Sunny Valley, Oregon |
| **DATE OF LOSS:** | September 18, 2007 |
| **CLAIM NUMBER:** | C24337 |
| **ENGINEER:** | Jason P. Wollum, PE |
| **HEI FILE:** | 0850000223 |

EXHIBIT D

---

**THIS REPORT IS FURNISHED AS PRIVILEGED AND CONFIDENTIAL INFORMATION TO ADDRESSEE. RELEASE TO ANY OTHER COMPANY, CONCERN OR INDIVIDUAL IS SOLELY THE RESPONSIBILITY OF ADDRESSEE.**

0850000223  -2-  April 6, 2010
K.R. Smith Trucking

## ASSIGNMENT

This assignment was received from Charles Jacobs (Anderson Investigations, LLC) on behalf of Great West Insurance Company. The instructions were to conduct an examination of the electrical systems and items from an over the road tractor (truck) to determine a possible electrical cause to a fire loss. A vehicle examination was conducted on February 12, 2008 with other interested parties at Midwest Tow, 400 Kansas Avenue, Kansas City, Kansas.

## ENCLOSURES

- 89 mounted color photographs with explanation. Electronic copies of the photographs are available upon request.

## BACKGROUND

The area of origin of the fire, according to Mr. Jacobs, was in the left rear portion of the engine compartment. The truck was a 2005 Peterbilt 379.

Mr. Jacobs stated that on the day of the fire, the driver of the truck reported that the engine "fluttered" early in the day. Prior to the discovery of the fire, the driver reported smelling fuel and seeing the fuel pressure gauge fluctuating. During the fire, the driver heard the starter engage three separate times.

No other problems and no recent repair work were reported with the truck.

## VEHICLE EXAMINATION

The vehicle exterior was examined. The greatest area of damage was observed at the left rear side of the engine compartment. Several electrical components were located in that area including the truck's power distribution center, electronic control module (ECM), and related wiring.

The truck's four 12 volt battery bank was examined. The battery compartment was located below the driver side door. This compartment suffered light heat and smoke damage from the fire. The batteries were intact with little or no exterior damage. The battery cables were connected in a proper fashion. Damage was observed on a smaller gauge wire leading from the positive battery terminal. The wire insulation on this conductor was partially melted over the entire length of the conductor. This damage indicates an overload current was

KRS-510021

0850000223            -3-            April 6, 2010
K.R. Smith Trucking

applied to the conductor. No other signs of electrical failures were observed within the battery compartment.

The battery cables leading from the battery compartment to the engine starter were examined. The wire insulation on the battery cables was consumed by the fire on the portions of the cables near to the area of origin of the fire. Evidence of electrical arcing was observed on an engine bolt on the underside of the truck. The starter and alternator suffered only external damage during the fire. The cables leading from the starter and alternator were severed by electrical arcing near the left rear of the engine.

The wiring and electrical components surrounding the area of origin of the fire were examined. Several areas of electrical arcing were observed on the wiring routed through the left rear area of the engine compartment. Electrical arcing was observed on larger cables such as those leading from the alternator, and smaller conductors such as those leading from the power distribution box. Electrical arcing was also observed on the grounding conductors to the truck frame. These areas were marked and photographed. Evidence of electrical arcing was also noted on a steel reinforced fuel line routed through the left rear engine area.

The truck power distribution center (PDC) remains were examined. The PDC was located at the rear engine compartment near the truck cab. It was severely fire damaged, with most of the combustible materials being consumed. As noted above, several areas of electrical arcing were observed on the wiring leading from the PDC.

The truck ECM remains were examined. The ECM remains were recovered from the lower left rear engine area. It was severely fire damaged with the internal circuit board being exposed.

The remaining wiring routed across the rear of the engine compartment and into the truck cab was examined. No signs of electrical arcing or other electrical failures were observed.

## ANALYSIS

The damage observed on the smaller gauge wire leading from the positive battery cable was likely sustained as an electrical fault occurred on the cable during the fire. The electrical fault produced a current through the wire that was greater than what the wire was able to safely carry.

KRS-510022

0850000223                          -4-                         April 6, 2010
K.R. Smith Trucking

The electrical arcing observed on the cables and wiring surrounding the left rear engine area were marked and photographed. By comparing the areas of electrical arcing to the location of the arc hole found in the fuel line, it was determined that much of the observed arcing surrounded the arc hole in the fuel line. This indicates that the arc hole in the fuel line was the ignition source of the fire.

The electrical arcing observed on the battery cables and engine bolt on the underside of the truck are a result of arcing that occurred during the fire. This is based upon the location of the arcing compared to the area of greatest fire damage, and to the driver statements that the starter engaged during the fire.

The damage sustained to the PDC and ECM is a result of external fire damage sustained during the fire.

## OPINIONS & CONCLUSIONS

It is the opinion of Henderson Engineers, Inc that the cause of the fire is accidental in nature and was a result of a vibration damaged electrical conductor contacting the steel reinforced fuel line at the area where the arc hole was observed on the fuel line. The hole in the fuel line allowed fuel and fuel vapors to escape into the engine compartment where the vapors were ignited either by the electrical arc or by other items within the engine compartment that operate at capable temperatures.

## ENGINEER'S COMMENTS

At this time Henderson Engineers, Inc is closing this file. It may be reopened at any time upon request. An invoice for electrical engineering services will be mailed at a later date.

*[signature]*

Henderson Engineers, Inc.
Jason P. Wollum, P.E. (KS & MO)
Professional Electrical Engineer
913.742.5000


cc:     File

KRS-510023