Harsch, Robert  9/8/2010  2:45:00 PM

```
 1              UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF KANSAS
 2
 3
      K.R. SMITH TRUCKING L.L.C.,   )
 4                                  )
                                    )
 5            Plaintiff,   )
                                    )
 6                                  )
         vs.                )Case No.
 7                          )8-CV-01351-WEB-DWB
                                    )
 8    PACCAR Inc, and PETERBILT     )
      MOTORS COMPANY, a division of )
 9    PACCAR Inc, and WESTERN       )
      PETERBILT, INC.,              )
10                                  )
                                    )
11            Defendants.   )
                                    )
12
13
14
15               D E P O S I T I O N
16      The deposition of ROBERT HARSCH taken on behalf of
17   the Defendants Paccar Inc and Peterbilt Motors Company
18   pursuant to the Federal Rules of Civil Procedure before:
19         VESTA L. YORK, CSR, CRR
           KELLEY, YORK & ASSOCIATES, LTD.
20         Suite 220, 200 North Broadway
           Wichita, KS  67202
21
22   a Certified Shorthand Reporter of Kansas, at Lebo
23   Library, 327 South Ogden Street, Lebo, Coffey County,
24   Kansas, on the 8th day of September, 2010, at 10:56 a.m.
25         KELLEY, YORK & ASSOCIATES, LTD.
26            Court Reporting with a Difference
             (316) 267-8200    (800) 654-8684
```



EXHIBIT E

Harsch, Robert 9/8/2010 2:45:00 PM

1    get things ready to go. It just depends on

2    how quick things go.

3  Q. Do you work by yourself or does someone work

4    with you?

5  A. It depends on who I've got with me to go.

6    Sometimes I'll take help with me. Sometimes

7    I'll leave them there, and I'll call them if

8    I need more help.

9  Q. On this particular occasion, do you remember

10    if you were by yourself?

11  A. I don't think I was, but I don't remember who

12    I brought up to help me. I called one of the

13    guys to bring another truck up, and I don't

14    remember who it was.

15  Q. When you were on scene, was there talk about

16    what might have happened? Did you talk to

17    the driver?

18  A. Uh-huh. Yes, I did.

19  Q. And what did he tell you had happened?

20  A. He was asking me what I thought happened.

21  Q. Did he tell you what he experienced prior to

22    the fire?

23  A. Not that I recall.

24  Q. Had you ever seen this truck on a prior

25    occasion?

Harsch, Robert  9/8/2010  2:45:00 PM

1   A. No.

2   Q. You had never done any maintenance on this

3       truck?

4   A. No.

5   Q. Did you know Mr. Smith, the driver?

6   A. I had no idea who he was.

7   Q. You said he asked you what happened. What

8       did you tell him?

9   A. Told him I had seen fires like this before.

10      I was 90 percent sure what caused it. I've

11      been doing this a long time. At the time, we

12      had had one about a month or so prior that

13      had actually done the same thing on the Beto

14      lot.

15  Q. Did it actually start a fire?

16  A. Uh-huh.

17  Q. And what kind of truck was that?

18  A. If I remember right, it was a Freightliner.

19  Q. And what had caused the Freightliner truck

20      fire, do you know?

21  A. Fuel leaking. And I actually was there when

22      it just started on fire. I was one of the

23      first ones on the scene of that one.

24  Q. And on the Freightliner truck that you said

25      caught fire from the fuel leak, how did the

Harsch, Robert  9/8/2010  2:45:00 PM

1    that.

2    Q.  So once you towed it back to the shop, did

3       you ever look inside the truck again?

4    A.  I had no reason to, no.

5    Q.  So the only time you looked at the truck was

6       at the fire scene?

7    A.  That, and when it was removed by the other

8       towing company that came after it.

9    Q.  And what towing company was --

10    A.  I don't recall.

11    Q.  -- that, do you recall?

12    A.  I have no idea.  The insurance company could

13       tell you.  I don't know who came after it.

14    Q.  Do you know how long it sat at your shop

15       before the other towing company --

16    A.  I don't know.

17    Q.  -- picked it up?

18    A.  Probably a week.

19       THE REPORTER:  Let her finish.

20    A.  Probably a week, yeah.

21    Q.  You said you looked at it before they took it

22       away.  What did you look at or what was the

23       purpose of you looking at it?

24    A.  I just go down and make sure there's nothing

25       else that's needed off the truck or is going

Harsch, Robert  9/8/2010  2:45:00 PM

1    to fall off, or I don't let anybody in my lot
2    without going down with them, so...
3  Q.  Did you ever have an opportunity to actually
4    look at the fuel line that you suspected had
5    caused the fire?
6  A.  No.  I was never asked to.
7  Q.  So your suspicion was based on the fact that
8    that's how the fuel lines are run in these
9    trucks?
10 A.  Correct.
11 Q.  But if I understand you correctly, you never
12   did confirm that that's what happened in this
13   case?
14 A.  No.  And I would not have been able to
15   confirm it because it would have burnt the
16   Stratoflex line and everything up.  The only
17   thing that would have been there would be the
18   two fittings left.
19 Q.  Do you know if the two fittings were left in
20   this particular case?
21 A.  I would not have taken them off so they
22   should still be on the truck.
23 Q.  Have we pretty much covered how the sequence
24   of events happened with this particular truck
25   fire?

Harsch, Robert  9/8/2010  2:45:00 PM

1  Q.  Attached to that subpoena, there was a
2     request for you to bring certain documents,
3     correct?
4  A.  The last page, correct.
5  Q.  In response to that, you did bring some
6     invoices; is that correct?
7  A.  Yes.
8  Q.  Okay. What I want to do is I want to go over
9     these invoices with you. Well, first of all,
10    let me ask you: Besides this fire and the
11    Freightliner fire that you were talking about
12    that occurred on your lot, have you been
13    involved with other cases where a truck has
14    caught fire?
15 A.  Other cases that went to court or just --
16 Q.  No, just an incident where a truck caught
17    fire.
18 A.  I've heard of them, but I have not been
19    involved in them, no.
20 Q.  What about your shop?
21 A.  Meaning?
22 Q.  Has your shop responded, anyone else at your
23    shop responded to a truck fire?
24 A.  No.
25 Q.  And how long have you worked at your shop?

1   Q.  What does that mean?

2   A.  It's a certification you get through the, oh,

3       I don't know all the -- what the acronym

4       means, but you go to class and you take a

5       test and they give you -- you're certified on

6       air-conditioning or certain parts.

7   Q.  Do you have any courses on fire cause and

8       origin?

9   A.  No.

10  Q.  In the certification that you received, did

11      you do any courses on electrical wiring?

12  A.  I would have to go back and look and see what

13      all I've done over the years, honestly.

14  Q.  Do you remember?

15  A.  I wouldn't know without going and looking at

16      them all.

17  Q.  Besides the Freightliner fire that you talked

18      about and this particular fire, have you been

19      involved with or heard about other vehicle

20      fires, not just trucks, but other vehicle

21      fires?

22  A.  Yes, I have.

23  Q.  And what types of vehicles were involved?

24  A.  Just about everything you can think of; cars,

25      vans, pickups.

Harsch, Robert  9/8/2010  2:45:00 PM

1     the company.

2   Q.  And you said that other than this fire that

3       we're talking about today and the

4       Freightliner fire, those are the only two

5       fires that you can recall ever --

6   A.  That I've been involved in.

7   Q.  Has anyone else in your company been involved

8       in other fires?

9   A.  No.

10  Q.  Okay.  Do you have knowledge of other fires,

11      is that why you're saying that you're

12      involved in --

13  A.  I've heard through wrecker services --

14  Q.  You're talking about being involved with

15      them.  It makes me think that you have heard

16      about or seen other fires.

17  A.  I've heard about them through other wrecker

18      services.  I have not been on the scene

19      directly with them, no.

20  Q.  Of those fires that you've heard about, are

21      they just Peterbilt fires?

22  A.  I don't recall.  I've heard them talk about a

23      lot of them.

24  Q.  Do you know anything about the maintenance

25      that had been performed on Mr. Smith's truck