EXPERT DISCLOSURES:
**Charles Jacobs**

Report
Curriculum Vitae
Testimonial History
Rates

*Pltf Smith Expt Rpt 0001*



**Anderson Investigations, LLC**

Daniel E. Anderson
Charles T. Jacobs
Chief Executive Officers



RECEIVED
APR - 5 2009

March 29, 2010

Mr. Eldon Boisseau
Law Offices of Eldon L. Boisseau, L.L.C.
River Park Plaza
727 North Waco, Suite 265
Wichita, Kansas  67203

RE:   **K.R. Smith Trucking**
812 Sunnyglen Way
Sunny Valley, Oregon
DOL:  September 18, 2007
CLAIM NUMBER:   C24337
OUR FILE NUMBER:  07P400

Dear Mr. Boisseau:

On October 1, 2007 instructions were received from Great West Casualty
Insurance Company to conduct an investigation regarding a fire damaged 2005
Peterbilt truck.  We were informed the fire occurred in Lebo, Kansas while the
truck was being driven down the highway.  The truck is currently at Midwest Tow,
400 Kansas Avenue, Kansas City, Kansas.

A preliminary examination of the vehicle was conducted on October 3, 2007.
The fiberglass hood remained mostly intact on the rights side of the engine
compartment.  Hoses and other combustibles on the right side of the engine
were not consumed.  The rights front tire remained undamaged.  (Photographs 1-
4)

In contrast the left side of the hood was consumed.  The left front tire was heavily
fire damaged.  Virtually all combustible items on the left side of the engine were
consumed.  The aluminum housing for the fuel filter was consumed on the left
side of the engine.  Burn pattern evaluation establish origin in the left rear portion
of the engine.  Fire spread from that area into the dash and into the cab of the
vehicle.  Oxidation patterns on the engine block show the upward extension of
fire from the approximate location of the electronic control module (ECM).  It was
mounted on the left rear portion of the engine.  (Photographs 5-8).  The ECM
was heavily damaged, but circuit board material was identified.

KRS-510000

---

*Pltf Smith Expt Rpt 0002*

A wiring harness extended upward from the ECM. It passed next to a steel re-enforced fuel line just above the ECM. A small hole was arced through the steel re-enforced fuel line. That line extended horizontally along the left side of the engine. In the debris around the remains of the ECM were fire damaged and partially melted copper electrical conductors. This was believed to be the remains of the wiring harness. (Photographs 9-14) This information was relayed to Great West Casualty Insurance Company. I was told to terminate my examination and notice letters would be sent to all interested parties for a mass examination of the vehicle. I was also instructed to contact an electrical engineer to be present at that examination. Contact was made with Mr. Jason Wollum, Henderson Engineering. He indicated he would be available for the examination. I was also informed that due to cold temperatures the truck would be moved inside a building for that examination. Fearing the loose fire damaged wiring might be lost during that move I collected the wiring that was laying loose in the debris. The wiring will be retained and brought to the next examination for all parties to evaluate.

Phone contact was made with the driver of the truck. He stated he has been driving over the road trucks for 36 years. Earlier in the day on the day of the fire the engine "fluttered" for a second or two. He looked at the fuel pressure gauge and it was fluctuating "madly". This only occurred for a couple of seconds and then everything appeared normal. Just before the fire erupted he smelled fuel vapors for 1 to 1 ½ minutes. He pulled over and fire erupted in the engine compartment. He stated he was barely able to get him and his dog out of the truck before smoke filled the cab. As he walked away he heard the starter engage three times.

I was later informed that a mass inspection of the vehicle would take place on February 12, 2008. On that date Mr. Wollum and I met other interested parties at the fire damaged truck. A detailed examination was conducted on that date. I provided the damaged wiring I had previously collected for all parties to examine.

During the examination all experts were able to agree that the small hole in the fuel line was created by an electrical arc. The only questions was did the arc occur during or prior to the fire. This hole was the only arcing noted on any fuel line.

Taking into account the witness information from the driver it is my opinion this hole arced in the fuel line was the first event and happened prior to ignition. The driver indicated he could smell fuel vapors 1 to 1 ½ minute's prior the fire. That clearly established fuel vapors were being introduced into the engine compartment prior the fire.

2

KRS-510001

*Pltf Smith Expt Rpt 0003*

Over the road trucks have a history of vibration during normal operation of the vehicle. If an electrical conductor is adjacent to a fuel line, chaffing can occur. The chaffing will rub the insulation from the wire and the rubber from the fuel line. As soon as the energized conductor contacts the steel re-enforcement in the fuel line, an arc will occur. This will destroy the integrity of the fuel line and diesel fuel, under pressure, will escape. The ignition of the vapors can come from electrical activity or the turbo charger.

It is my opinion this fire occurred due to chaffing of a fuel line and a active electrical conductor. This opinion is based on the evaluation of burn patterns, a hole arced in a fuel line, arcing of electrical conductors in that area and witness information.

This will serve as my only report unless additional instructions are received. As always, it has been a pleasure serving you. Enclosed please find 14 color photographs and our invoice.

If further investigation is desired into this or any other matter, please do not hesitate to contact our office.

Sincerely,

Charles T. Jacobs, IAAI – CFI
Chief Investigator

CTJ/rk
Enclosures

3

KRS-510002

*Pltf Smith Expt Rpt 0004*

## PHOTOGRAPH DESCRIPTION
### K.R. Smith Trucking – 07P407
### Photographs taken October 3, 2007

1.  Front of vehicle.

2.  Front and right side.

3.  The forward portion of the right side of the engine.

4.  Right side of engine.

5.  Front and left side.

6.  Left side of the vehicle.

7.  Heavy fire damage on the left side of the engine compartment.

8.  Close up view of fire damage on the left side.

9.  The area of heaviest damage.

10.  A hole arc in a fuel line as designated by the red arrow.

11.  Remains of circuit board associated to the ECM.

12.  An additional view of a hole arced in the fuel line.

13.  A close up view of that hole.

14.  Melted electrical wiring found in the debris.

KRS-510003





KRS-510004

*Pltf Smith Expt Rpt 0006*





KRS-510005

*Pltf Smith Expt Rpt 0007*





KRS-510006

*Pltf Smith Expt Rpt 0008*





KRS-510007

*Pltf Smith Expt Rpt 0009*





KRS-510008

*Pltf Smith Expt Rpt 0010*





KRS-510009





KRS-510010

*Pltf Smith Expt Rpt 0012*

# CHARLES T. JACOBS

## EXPERIENCE

Chief Investigator.  March 2005 to present.
**Anderson Investigations, LLC.**

Senior Investigator/Member of the Board of Directors:  June 1996 to March 2005
**Consolidated Forensic Investigations, Inc.**

Jacobs Investigations, Inc. and Independent Insurance Investigations, Inc. merged in June, 1996, and formed Consolidated Forensic Investigations, Inc.

President/Senior Investigator:  May, 1985 to June, 1996
**Jacobs Investigations, Inc.**

Fire Investigator:  September, 1983 to May, 1985
**Equifax Services**

Senior Fire Investigator:  February 1976 to September 1983
**City of Independence, Missouri**
Assisted in forming Fire/Police Arson Unit.

Fire Investigator:  May, 1973 to February 1976
**City of Independence, Missouri**
Code enforcement and origin and cause investigations.

Firefighter/Fire Equipment Operator:  January, 1970 to May, 1973
**City of Independence, Missouri**

## SPECIALIZED TRAINING

Fire recruit training.  Independence, Missouri (1970)

Eastern Jackson County Bomb & Arson Squad, Arson Investigation course (1972)

Jackson County Bomb & Arson Squad, Arson Investigation course (1975)

Penn Valley Community College, Advanced Fire & Arson Investigation course (1975)
International Association of Arson Investigators, Fire & Arson Investigation course,
Indianapolis, Indiana (1976)

1

*Pltf Smith Expt Rpt 0013*

Department of the Army, Hazardous Device Familiarization course (1975)

International Association of Arson Investigators and University of Michigan Extension Service; Lansing, Michigan, Fire & Arson Investigation course (1977)

International Association of Arson Investigators, Missouri Chapter and University of Missouri; Columbia, Missouri, Tenth Annual Arson Investigation course (1977)

Transportation of Hazardous Materials Seminar; Kansas City, Missouri (1978)

International Association of Arson Investigators and Santa Ana College; Anaheim, California, Advanced Arson Investigation course (1978)

Denver, Colorado Arson Unit, one week to observe the operations of a well established arson unit (1978)

"Marshall 5", one week in Seattle, Washington Arson Unit (1979)

National Association of Mutual Insurance Companies, Arson Seminar (1979)

National Fire Academy; St. Paul, Minnesota, 80 hour Arson Investigation course (1979)

International Association of Arson Investigators, Florida Chapter, Fire Investigation Techniques Conference; Tampa, Florida (1980)

Harry S. Truman Police Academy; Independence, Missouri, Arson Photography course (1980)

Harry S. Truman Police Academy; Independence, Missouri, Basic Police Training Class (1980)

Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms for Profit, Investigation Training course; Kansas City, Missouri (1981)

International Association of Arson Investigators and Rutgers University; Cherry Hill, New Jersey, Fire and Arson Investigation Course (1981)

Arson Awareness Seminar; Wichita, Kansas, (1981)

Fire and Arson Investigation course; Wichita, Kansas (1984)

Tenth Annual Kansas State Fire and Arson Investigation Conference; Topeka, Kansas (1985)

Chemical Analysis Seminar, Armstrong Forensic Laboratory; Arlington, Texas (1989)

KRS-510012

Pltf Smith Expt Rpt 0014

International Association of Arson Investigators National Seminar, Fire and Arson Investigations; Auckland, New Zealand (1993)

Fifth Annual National Arson Investigation Training Seminar, Insurance Committee for Arson Control; Kansas City, Missouri (1994)

International Association of Arson Investigators Fire and Arson Seminar; Biloxi, Mississippi (1994)

International Association of Arson Investigators Fire and Arson Seminar; Los Angeles, California (1995)

International Association of Arson Investigators Fire and Arson Seminar; St. Louis, Missouri (1996)

International Association of Arson Investigators Fire and Arson Seminar; Toronto, Canada (1997)

International Association of Arson Investigators Seminar, Missouri Chapter, Lake Ozark, Missouri (1999)

IAAI Seminar, Las Vegas, Nevada (1999)

IAAI Missouri Chapter, Lake Ozark, Missouri (2000)

IAAI Seminar, Grand Rapids, Michigan (2000)

IAAI Seminar, Atlantic City, New Jersey (2001)

IAAI Seminar, Milwaukee, Wisconsin (2002)

IAAI Tennessee Chapter Seminar (2002)

IAAI Seminar, Reno, Nevada (2003)

IAAI Seminar, St. Louis, Missouri (2004)

The Kansas City Arson Task Force Seminar (2007)

Kansas International Association of Arson Investigators Seminar, Wichita, Kansas (2008)

The Kansas City Arson Task Force Seminar (2009)

3

*Pltf Smith Expt Rpt 0015*

## INVESTIGATIVE EXPERIENCE

- As President/Senior Investigator of **Jacobs Investigations, Inc.** and Officer/Senior Investigator of **Consolidated Forensic Investigations, Inc.,** conducted numerous fire and explosion investigations.  On March 1, 2005, Chief Investigator of Anderson Investigations, LLC.

- As Origin and Cause Investigator for **Equifax Services,** investigated many fire and explosion investigations for insurance companies and attorneys.

- As Firefighter, Fire Equipment Operator, Inspector and Fire Investigator for the **Independence, Missouri Fire Department,** worked on a pumper truck, ladder truck and rescue van.  Enforced the Uniform Fire Code and conducted investigations regarding origin and cause of fire/explosions.  Have personally investigated over 3000 fires for origin and cause determination.

## EDUCATION

**William Chrisman High School,** 1960.

**Penn Valley Community College,** 68 credit hours earned.

**Certified Fire Investigator, International Association of Arson Investigators,** (1998)

## TRIAL EXPERIENCE

Has testified as an expert regarding fire and explosions in many civil and criminal trials.

Judicial recognition of "Expert" testimony determined at the state level in court in Missouri and Kansas and Federal District Courts in Missouri, Kansas, Oklahoma and Nebraska.

Appeared before both State and Federal Grand Juries as an Expert Witness in fire causation.

## CONSULTING ACTIVITIES

Has served as a consultant to insurance companies and attorneys in the review and assessment of fire/explosion investigations.

4

KRS-510014

## RELATED TEACHING EXPERIENCE

* Advisor on Planning Committee for International Association of Arson Investigators Missouri Chapter Arson Investigation Seminar; Kansas City, Missouri.

* Advisor in Community Arson Control on neighborhood council city-wide Fire Committee.

* Coordinated the Community Arson Awareness Program for neighborhood councils for the Independence, Missouri Fire Department.

* Prepared and presented a 30 minute video tape on Community Arson Awareness which appeared on Cable television, Channel 7.

* Taught Arson Investigation techniques to Police Recruits at Harry S. Truman Police Academy.

* Taught Fire Scene Examination and report writing classes to officers of the Independence, Missouri Fire Department.

* Program Coordinator for county wide Arson Task Force training session sponsored by the United States Fire Administration.

* Assisted in the organization of monthly Intelligence meetings and hosted them for personnel from Police and Fire Departments in Kansas and Missouri, Federal Agencies, Prosecuting Attorneys and Representatives from Kansas and Missouri State Fire Marshal's Office.

* Instructor of fire origin and cause investigation to Adjusters of Union Insurance Company; Lincoln, Nebraska.

* Instructor of fire scene examination at Seminar for Insurance Companies sponsored by Equifax Services.

* Instructor at Kansas City, Missouri Arson Task Force 1985, 1990 and 1996.

* Instructed a class of fire origin and cause to Adjusters of Allstate Insurance Company.

* Instructed a class on fire investigation for Firefighters at Ft. Osage Fire Protection District and Platte County Fire Chiefs Assistant.

* Instructor of a class on fire origin and cause at the 1993 International Association of Arson Investigators, Iowa Chapter Seminar; Newton, Ohio.

* Instructor and Advisor for the Lenexa, Kansas Fire Investigations Unit.

* Served as an Expert Witness at a mock trial for prosecuting attorneys in Overland Park,

5

KRS-510015

*Pltf Smith Expt Rpt 0017*

Kansas.

* Taught class on vehicle fire investigations to Safeco Insurance Company Adjusters in Overland Park, Kansas.

* Taught class "Tips for Handling Arson Cases" at SIU meeting in Overland Park, Kansas.

* Taught class for the IAAI Missouri Chapter Seminar at Lake Ozarks, Missouri on Cooperation Between Insurance Investigators and Law Enforcement.

* Taught class on "Candle Fires" and "Evidence Spoilage" in class at CFI, Inc. Seminar in Overland Park, Kansas.

* Instructors of fire origin and cause and a "live burn" at Brown & James, Service Master and CFI, Inc. Seminar in Smithville, Missouri

* Instructed fire origin and cause class for Barton County Mutual Insurance seminar, Springfield, Missouri

* Two hours of instruction to law enforcement in Wichita, Kansas. Instruction involved motive, case documentation and trial information regarding arson.

* Three hours of instruction, Arson Fraud Awareness to SIU and Adjusters of USAA, San Antonio, Texas.

## PROFESSIONAL ORGANIZATIONS, ACTIVITIES AND AWARDS

Certificate of appreciation from the Kiwanis Club in Independence, Missouri; for a presentation on Arson Awareness (1978).

Inter-City Sugar Creek Optimist Club "Fire Investigator of the Year" award (1981).

Certificate of Appreciation from the Neighborhood Councils of Independence, Missouri (1992).

Numerous certificates from nation-wide professional seminars.

International Association of Arson Investigators (IAAI).

International Association of Arson Investigators, Kansas Chapter.

International Association of Arson Investigators, Missouri Chapter.

Professional Fire and Fraud Investigators Association.

Last revised 06/12/08

6

## *DEPOSITIONS*

### *Charles T. Jacobs*

1.    June 12, 2006

Civil deposition at Martin, Pringle, Overland Park, Kansas. Plaintiff
attorney Peter Orsi, Wichita, Kansas. Defense council Stan Smith, Martin,
Pringle. This was an explosion classified as arson. Case settled in July,
2006.

2.    August 30, 2007

Civil deposition at Al Harrington's Office, Wichita, Kansas. In reference to
a subrogation case involving a computer monitor. Case later settled.

3.    March 25, 2008

Civil deposition with Bob Brady, Brown & James. In reference to a
incendiary fire in Springfield. Missouri. Case still open.

4.    October 2, 2009

Civil deposition regarding El Latino. Corporation vs Sanyo and Sprint.
Attorney for Sanyo Steve Coronado, Sherman, Taff, Bangert, Kansas City,
Missouri. Attorney for El Latino, Corporation Alene Aguilera, Powell
Brewer, Wichita, Kansas. Case Number 08CV1698, District Court of
Sedgwick County, Kansas.

5.    December 15, 2009

Civil deposition at Brown and James Office reference Mueller Brothers
Lumber Company. Brown and James Attorney Richard Gerber. Defense
Council Thomas Cooper, Smith and Duggan, Lincoln, MA and Matt Nagel,
Wuestling and James. Filed in Circuit Court Lincoln County, Missouri.
Case Number 08L6-CC00065.

1

KRS-510017

*Pltf Smith Expt Rpt 0019*

## TRIALS

1.     <u>June 29, 2006</u>

     Kansas State Grand Jury hearing in El Dorado, Kansas.

2.     <u>July 25, 2006</u>

     Criminal trial in Chanute, Kansas. Case #2005CR268, State of Kansas vs
     Joseph Battah. Mr. Battah acquitted.

KRS-510018

*Pltf Smith Expt Rpt 0020*

# DESCRIPTION OF SERVICES/RATES
Effective January 1, 2009
Tax ID # 20-2359520

| | |
|---|---|
| Fire Origin & Cause | $ 120.00 per hour |
| Laborers | $ 30.00 per hour |
| Fraud Investigation<br>(Interviewing, background & record checks, etc.) | $ 120.00 per hour |
| Expert Consultation Files<br>(court testimony, deposition & consultation) | $ 150.00 per hour |
| Travel<br>(To and from site) | $ 120.00 per hour |
| Automotive Mechanic | $ 70.00 per hour |
| Evidence Storage | $ 350.00 (year)<br>(except large items) |
| Mileage | $ .70 per mile |
| Photographs<br>(On CD or E-mailed) | $ 1.00 each |
| Mounted photographs | $ 2.00 each |
| Unmounted or reprints | $ .50 each |
| Diagrams | $ 20.00 each |
| Statement transcription | $ 4.50 per page |
| File origination fee<br>(Cell phone use, CD's, micro-cassettes<br>tolls, evidence collection supplies) | $ 70.00 |
| Miscellaneous Expenses<br>(Lodging, Meals, Report Fees, Copies, Postage. etc.) | At Cost |

KRS-510019