A PACCAR COMPANY

Amy Decker
8621 East 21st Street North, Suite 200
Wichita, Kansas 67206

May 24, 2010

Re: K R Smith Trucking v. PACCAR Inc; Peterbilt Motors Company; and Western Peterbilt, Inc., Case No. 8-CV-01351-WEB-DWB

Dear Ms. Decker:

Per your request, this report summarizes my findings and opinions based upon the information I have reviewed and the investigation I have conducted to date. I understand that disclosure of possible opinions are required because I may be called upon to express opinions related to my job as Product Safety & Compliance Manager at Peterbilt Motors Company and because of my knowledge of the design and manufacturing specifications for the Peterbilt truck at issue in this case.

## I. Position at Peterbilt:

*Current Employment Experience*

Peterbilt Motors Company May-06 - Present
Product Safety & Compliance Manager
Evaluate new product and proposed product changes for compliance to federal regulations. Monitor changes to federal regulations so vehicles remain compliant. Assess safety related vehicle components and systems, direct changes, and provide guidelines or warnings as necessary. Investigate, evaluate and gather chassis and warranty records related to vehicles in litigation. Act as patent liaison between engineering and outside counsel. Assist Law Enforcement and Customs with specific vehicle information.

*Past Employment Experience*

Peterbilt Motors Company
Sr. Project Engineer Jan-03 – Apr-06
Group Leader - Model 320 Design Group: Cab, electrical system, and chassis components redesign.
Group Leader - Current Product Power Train and Model 320 Design Group: Engine, Transmission and cooling system design in addition to above.
Engineering Manager - Vehicle Systems Jan-98 – Jan-03
Responsible for design of electrical, electronic, air and brake, and HVAC systems.

Sr. Project Engineer Jun-95 – Jan-98

Group Leader - Electrical Product Design Group: Responsible for all electrical and electronic systems on "in production" trucks.

Sr. Project Engineer Nov-93 – Jun-95

Group Leader - 320 Model Development Group: Cab, electrical system, and chassis components redesign.

Sr. Project Engineer Mar-93 – Nov-93

Supervisor: Denton Sales Order Design Group - Special Sales Order design of systems and parts for all models.

Project Engineer Jan-90 – Mar-93

Supervisor: Denton Sales Order Design Group - Special Sales Order design of systems and parts for all models.

Project Engineer May-89 – Jan-90

Sales Order design of customized systems & parts. Model 320 project coordination & design/production/customer support.

Sr. Design Engineer Apr-86 – May-89

System/part design for the Model 320. (Steering, cab structures, front suspensions, electrical, air and brake, etc.).

Design Engineer Oct-83 – Apr-86

Factory production technical support: Part/system design.

Amoco Production Company

Summer Engineer May-82 – Aug-82

Training rotation through the following areas (Oil and Gas Production): Engineering, roustabout, operations tech - equipment maintenance.

Sandia National Laboratories

Motorpool Mechanic May-80 – Aug-80/May-81 – Aug-81

Fleet maintenance and repair of automobiles, trucks, electric and gasoline powered carts.

New Mexico Peterbilt

Truck Mechanic Jun-77 – Oct-79

Truck and trailer maintenance and repair. Wreck repair.

Equipment Service Inc.

Diesel Mechanic I Jul-76 – Jun-77

Truck, trailer, irrigation, and seismograph equipment maintenance and repair.

Allison Motors Company

Truck Mechanic Trainee Apr-76 – Jul-76

Truck and auto maintenance and repair.

## II. Investigation:

My investigation has consisted of a review of the following information:

- Photographs taken at initial inspection on February 12, 2008.

- Photographs taken at inspection on May 10, 2010.
- Plaintiff's photographs (KRS-100166 to KRS-100176).
- Deposition Transcript of Kenneth R. Smith.
- Repair and Maintenance documents produced by Plaintiff (KRS-100087 to KRS-100161).
- Peterbilt Design Drawings (Engine Harness & Routings).
- Wiring Schematic (PB-0281 and PB-0282).
- Inspection of incident truck on May 10, 2010.
- Chassis image for chassis 841577

## III. Opinions:

Based on my inspection of the incident truck and review of materials provided in this case, the following represent my opinions:

A. The routing of the engine harness as seen during the inspections of the subject vehicle was not as manufactured by Peterbilt.

1) The truck had at least 325,900 miles on it, based on the maintenance records provided, when it caught on fire. During the life of a truck with 325,900 miles one would expect maintenance to be required to the engine. It is possible that during maintenance or repair that the factory routing of the Peterbilt engine harness would be disturbed.

2) According to Bill of Material 0510-700-AGY in the chassis image for the subject truck, when the truck was manufactured, a 07-00548 standoff bracket would have been installed on the left hand side of the engine to support the harness routed from the alternator to the starter per drawing P95-6008.



3) The photo below, taken during the inspection on May 10, 2010 clearly shows that this metal standoff bracket has been removed. Photographs from the previous inspection of February 12, 2008 confirm this. It is more probable than not that this standoff bracket was removed during maintenance or repair of the engine, after the truck was manufactured by Peterbilt.



4) When manufactured the engine harness would have been routed per drawing P95-6008 which routes the alternator charge circuit across the top of the left hand side of the engine and down toward the middle of the engine ECU. The harness then routes rearward and down between the rear plane of the engine ECU and the left hand rear engine mount to just above the starter. The harness is then routed forward to the starter connections.

5) The Caterpillar engine is equipped with a fuel filter mounted midway on the left hand side of the engine, approximately 12 – 18 inches forward of the front plane of the engine ECU. The Caterpillar installed return fuel line routes rearward from the rear side of the fuel filter head, over the top of the engine ECU, inboard and upward at the rear of the engine to the return fuel port located approximately in the middle of the back side of the engine's cylinder head.

6) As can be seen in the photograph below, the return fuel line shows electrical activity just forward of the front plane of the engine ECU and rearward of the Caterpillar fuel filter. This electrical activity has been opined as the possible origin of the fire that destroyed the subject vehicle and is shown in the attached photograph just to the left of the orange marker.



7) D95-6007-013 Routing-Air Compressor Discharge was also called out on this chassis. This drawing clearly shows the Peterbilt engine harness to be routed well rearward of the electrical activity to the Caterpillar fuel return line.



8) D97-6007-020 was called out on the subject vehicle to define the routing of the oil pressure hose. This routing drawing also shows the Peterbilt engine harness to be routed well rearward of the electrical activity to the Caterpillar fuel return line.




9) If the cause of the fire were due to an electrical short between the Peterbilt alternator charge wire, as has been opined, then the engine harness would not be routed as it was when manufactured. Again evidencing that the Peterbilt harnesses have been rerouted during maintenance or repair of the engine.

B. Chaffing of the harness should have been observable during inspection and maintenance of the vehicle.

1) Based on the inspection of the vehicle and other documentation, it is my opinion that maintenance occurred in the engine compartment where the factory installed engine harness routing was modified.

2) During my inspection of the subject vehicle and upon review of photographs taken during the February, 2008 inspection, there are multiple locations indicating electrical shorting of wires including a positive battery cable, which appeared to have been rerouted from its original factory routing, shorted to the frame rail along the side of the starter motor. The Peterbilt Operator's Manual provided with the subject vehicle indicates that the battery cable routing should be inspected every 60,000 miles. Given the mileage on the subject vehicle the battery cables should have been inspected at least 5 times. The Peterbilt Operator's Manual also indicates that other power supply harnesses should be inspected every 15,000 miles.

## IV. Conclusion

Based on my review of available information and inspection of the subject truck, and my twenty-six plus years with Peterbilt products it is my opinion to a reasonable degree of certainty that:

A. The routing of the engine harness as seen during the inspections was not as manufactured by Peterbilt. It is more probable than not that the standoff bracket supporting the Peterbilt engine harness on the left hand side of the engine was removed during maintenance or repair of the engine, after the truck was manufactured by Peterbilt.

B. Chaffing of the harness should have been observable during inspections and maintenance of the vehicle.

Rod Curbo

Peterbilt Product Safety & Compliance Manager